**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH WETTON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DSP GROUP, INC., OFER ELYAKIM, KENNETH H. TRAUB, THOMAS A. LACEY, CYNTHIA PAUL, GABI SELIGSOHN, YAIR SEROUSSI, and NORMAN TAFFE,<br><br>　　　　　　　Defendants. | **Case No.: 4:21-cv-08484**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Elizabeth Wetton ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 2, 2021　　　　　　　**BRODSKY & SMITH**

　　　　　　　　　　　　　　　By:　*/s/ Evan J. Smith*
　　　　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　　　　9595 Wilshire Blvd., Ste. 900
　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90212
　　　　　　　　　　　　　　　　　　Phone: (877) 534-2590
　　　　　　　　　　　　　　　　　　Facsimile (310) 247-0160

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*